IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WAYNE WEST and CYNTHIA WEST, | § | |
| | § | |
| Plaintiffs Below, Appellants, | § | No. 212, 2024 |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| PATTERSON-SCHWARTZ & | § | |
| ASSOCIATES, INC. and | § | C.A. No. N21C-08-265 |
| WASHINGTON STREET REALTY | § | |
| CO., | § | |
| | § | |
| Defendants Below, Appellees. | § | |

Submitted: December 4, 2024
Decided: December 17, 2024

Before **VALIHURA, LEGROW**, and **GRIFFITHS**, Justices.

## **O R D E R**

NOW this 17th day of December 2024, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion granting Defendants' Motion for Summary Judgment dated May 10, 2024;

NOW THEREFORE, IT IS ORDERED that the decision and judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice